**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

|  |  |  |
|---|---|---|
| JOSE RENE CASTANEDA-MONDRAGON, | ) ) ) ) | |
| Petitioner, | ) | |
| v. | ) ) | |
| BRIAN ACUNA, Acting Field Office Director of Immigration and Customs Enforcement, New Orleans Field Office, Immigration and Customs Enforcement; TRINITY MINTER, Warden of West Tennessee Detention Facility; TODD LYONS, Acting Director of Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA BONDI, U.S. Attorney General; SIRCE OWEN; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 2:25-cv-03044-SHL-tmp |
| Respondents. | ) ) | |

**ORDER REQUIRING ADDITIONAL INFORMATION FROM PETITIONER AND
ORDERING SERVICE BY PETITIONER**

On November 14, 2025, Petitioner Jose Rene Castaneda-Mondragon filed the Petition for

a Writ of Habeas Corpus under 28 U.S.C. § 2241, challenging his continued detention in the

West Tennessee Detention Facility without a bond hearing, arguing that he is entitled to a bond

hearing under 8 U.S.C. § 1226 and that his continued detention without such a hearing is

violative of his constitutional rights. (ECF Nos. 1, 1-2.) However, Castaneda-Mondragon failed

to provide enough of his individualized facts in the Petition for it to be ruled on. (ECF No. 1-2 at

PageID 12.) Upon review of the Petition, it is **ORDERED** as follows:

(1)    Castaneda-Mondragon shall **SUPPLEMENT the Petition** within five days of the

entry of this Order, and provide a factual basis as to why he should not be considered an

"arriving alien" under 8 U.S.C. § 1225.  He shall, also within five days of this Order, serve one

copy each of the Petition (ECF No. 1 and all attachments) and this Order on each Respondent,

and ensure that copies are delivered to the United States Attorney for the Western District of

Tennessee at the following address:

> Stuart Canale, Assistant United States Attorney
> United States Attorney's Office
> 167 North Main Street
> Suite 800
> Memphis, TN 38103

Castaneda-Mondragon shall additionally serve the United States Attorney for the Western

District of Tennessee electronically at the following email address:  stuart.canale@usdoj.gov.

(2)      Within **five days** after Castaneda-Mondragon files the supplemental information,

Respondents shall respond to the petition for writ habeas corpus in writing.

(3)      Castaneda-Mondragon may file a reply within **two days** after Respondents'

responsive filing.

(4)      Respondents shall not transfer Petitioner Castaneda-Mondragon out of the West

Tennessee Detention Center during the pendency of the Petition.

**IT IS SO ORDERED,** this 17th day of November, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

2