**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| JOSE RENE CASTANEDA-MONDRAGON, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | No. 2:25-cv-03044-SHL-tmp |
| BRIAN ACUNA, Acting Field Office Director of Immigration and Customs Enforcement, New Orleans Field Office, et al., | ) ) ) ) ) | |
| Respondents. | ) | |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Petitioner's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1), filed November 14, 2025,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Petition (ECF No. 13), filed December 30, 2025, Petitioner's requested habeas relief is **GRANTED**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

January 5, 2026
Date